March 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

8100 NORTH FREEWAY, LTD., Appellant

NO. 14-11-00301-CV                    V.

THE CITY OF HOUSTON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, the City of Houston, signed March 24, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, 8100 North Freeway, Ltd., to pay all costs incurred in this appeal. We further order this decision certified below for observance.